IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LELA KING,<br><br>         Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br><br>         Defendants. | Case No. 3:21-cv-17983 – MAS-DEA |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

Plaintiff Lela King and Defendants Ethicon, Inc., and Johnson & Johnson, by and through undersigned counsel, jointly notify the Court that the parties have reached a settlement in this case and are presently finalizing the settlement and general release documents. Upon finalization, the parties will file a notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) or a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii).

The parties jointly request that the *King v. Johnson & Johnson et al* case be moved to inactive status and/or that all deadlines and other requirements be stayed for 90 days, until such time as the settlement can be concluded and the case can be dismissed with prejudice.

Respectfully submitted this 27th day of April 2023.

| | |
|---|---|
| */s/ Laura Feldman* | */s/ Kelly S. Crawford* |
| Laura A. Feldman | Kelly S. Crawford |
| Feldman Pinto | Riker Danzig LLP |
| 30 S. 15th Street | Headquarters Plaza |
| Suite 15th Floor | One Speedwell Avenue |
| Philadelphia, Pa 19102 | Morristown, NJ 07960 |
| Telephone: 215-546-2604 | Telephone: (973) 538-0800 |
| Email:Lfeldman@Feldmanpinto.com | kcrawford@riker.com |

*Attorney for Defendants Ethicon, Inc., and Johnson & Johnson*

*/s/ Rachel L. Wright*
Rachel L. Wright
Ben Martin Law Group
3141 Hood Street
Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
rwright@benmartin.com
(Admitted *pro hac vice*)

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ Kelly S. Crawford*

68801521.v1